UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------
                                              :
CRYSTAL HATCHETT,                             :
*on behalf of minor L.F.*,                    :     CASE NO. 1:20-cv-237
                                              :
    Plaintiff,                            :
                                              :
vs.                                           :     OPINION AND ORDER
                                              :     [Resolving Doc. 1]
COMMISSIONER OF SOCIAL                        :
SECURITY,                                     :
                                              :
    Defendant.                            :
                                              :
-------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

    On February 4, 2020, Plaintiff Crystal Hatchett, on behalf of her minor son L.F., filed a complaint seeking judicial review of the Defendant Commissioner of Social Security's denial of supplemental security income for L.F.'s disabilities under Title XVI of the Social Security Act.[1] The Court referred the matter to Magistrate Judge Carmen E. Henderson.

    On January 19, 2021, Magistrate Judge Henderson issued a Report and Recommendation ("R&R") recommending that this Court affirm the Commissioner's final decision.[2] Objections to that R&R were due by February 2, 2021.[3] Plaintiff Hatchett filed no objections.

    The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of an R&R to which the parties have made an objection.[4] Failure to timely

---

[1] Doc. 1.
[2] Doc. 18.
[3] *Id.*
[4] 28 U.S.C. § 636(b)(1)(C).

Case No. 1:20-cv-237
Gwin, J.

object waives a party's right to appeal the magistrate's report.[5] Where a party does not object to the R&R, a district court may adopt it without review.[6]

Accordingly, in light of Plaintiff Hatchett's decision not to object to the R&R in this case, the Court **ADOPTS** Magistrate Judge Henderson's R&R, incorporates it as if fully restated herein, and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated: February 17, 2021             s/     James S. Gwin
                                     JAMES S. GWIN
                                     UNITED STATES DISTRICT JUDGE

---

[5] *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *Gerth v. Warden, Allen Oakwood Corr. Inst.*, 938 F.3d 821, 827 (6th Cir. 2019).
[6] *See Thomas*, 474 U.S. at 149–50.